1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MC-00085-WBS-DB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $30,480.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Juan Benito Graham ("Graham"), by and through their respective counsel, as follows:

1. On or about March 19, 2019, claimant Graham filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $30,480.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 1, 2018.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1
Stipulation to Extend Time to File Complaint

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was June 14, 2019.

4. By Stipulation and Order filed June 10, 2019, the parties stipulated to extend to August 14, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed August 14, 2019, the parties stipulated to extend to October 14, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 13, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 13, 2019.

Dated: 10/4/2019     MCGREGOR W. SCOTT
                     United States Attorney

                     /s/ Kevin C. Khasigian
                     KEVIN C. KHASIGIAN
                     Assistant U.S. Attorney


Dated: 10/4/2019     /s/ Carlos K. Johnson
                     CARLOS K. JOHNSON
                     Attorney for Juan Benito Graham
                     (As authorized via email)

///

///

IT IS SO ORDERED.

Dated: October 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE