1 | MCGREGOR W. SCOTT
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone:  (916) 554-2700

5 | Attorneys for the United States

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    2:19-MC-00085-WBS-DB

12 |              Plaintiff,

13 |       v.                                     STIPULATION AND ORDER EXTENDING TIME
                                                  FOR FILING A COMPLAINT FOR FORFEITURE
                                                  AND/OR TO OBTAIN AN INDICTMENT
14 | APPROXIMATELY $30,480.00 IN U.S.            ALLEGING FORFEITURE
CURRENCY,
15

16 |              Defendant.

17       It is hereby stipulated by and between the United States of America and potential claimant Juan

18 | Benito Graham ("Graham"), by and through their respective counsel, as follows:

19       1.       On or about March 19, 2019, claimant Graham filed a claim in the administrative

20 | forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately

21 | $30,480.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 1, 2018.

22       2.       The Drug Enforcement Administration has sent the written notice of intent to forfeit

23 | required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24 | person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25 | other than the claimant has filed a claim to the defendant currency as required by law in the

26 | administrative forfeiture proceeding.

27       3.       Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28 | forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

Stipulation to Extend Time to File Complaint

1    currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

2    forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

3    the parties.  That deadline was June 14, 2019.

4          4.       By Stipulation and Order filed June 10, 2019, the parties stipulated to extend to August

5    14, 2019, the time in which the United States is required to file a civil complaint for forfeiture against

6    the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

7    forfeiture.

8          5.       By Stipulation and Order filed August 14, 2019, the parties stipulated to extend to

9    October 14, 2019, the time in which the United States is required to file a civil complaint for forfeiture

10   against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

11   subject to forfeiture.

12         6.       By Stipulation and Order filed October 7, 2019, the parties stipulated to extend to

13   December 13, 2019, the time in which the United States is required to file a civil complaint for

14   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

15   currency is subject to forfeiture.

16         7.       By Stipulation and Order filed December 13, 2019, the parties stipulated to extend to

17   February 11, 2020, the time in which the United States is required to file a civil complaint for forfeiture

18   against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

19   subject to forfeiture.

20         8.       By Stipulation and Order filed February 4, 2020, the parties stipulated to extend to April

21   12, 2020, the time in which the United States is required to file a civil complaint for forfeiture against

22   the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

23   forfeiture.

24         9.       By Stipulation and Order filed April 3, 2020, the parties stipulated to extend to May 12,

25   2020, the time in which the United States is required to file a civil complaint for forfeiture against the

26   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

27   forfeiture.

28         10.      By Stipulation and Order filed May 12, 2020, the parties stipulated to extend to June12,

2

2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed June 10, 2020, the parties stipulated to extend to July13, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 14, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 14, 2020.

Dated:     7/10/2020                          MCGREGOR W. SCOTT
                                              United States Attorney


                                               /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney



Dated:     7/10/2020                          /s/ Carlos K. Johnson
                                              CARLOS K. JOHNSON
                                              Attorney for Juan Benito Graham
                                              (As authorized via email)



        IT IS SO ORDERED.

        Dated:  July 10, 2020

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

3

Stipulation to Extend Time to File Complaint