PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00085-WBS-DB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $30,480.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Juan Bennito Graham ("Graham"), by and through their respective counsel, as follows:

1. On or about March 19, 2019, claimant Graham filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $30,480.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 1, 2018.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was June 14, 2019.

4. By Stipulation and Order filed June 10, 2019, the parties stipulated to extend to August 14, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed August 14, 2019, the parties stipulated to extend to October 14, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed October 7, 2019, the parties stipulated to extend to December 13, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed December 13, 2019, the parties stipulated to extend to February 11, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed February 4, 2020, the parties stipulated to extend to April 12, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed April 3, 2020, the parties stipulated to extend to May 12, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed May 12, 2020, the parties stipulated to extend to June12,

2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed June 10, 2020, the parties stipulated to extend to July13, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed July 13, 2020, the parties stipulated to extend to August 14, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     By Stipulation and Order filed August 11, 2020, the parties stipulated to extend to September 14, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.     By Stipulation and Order filed September 11, 2020, the parties stipulated to extend to November 13, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.     By Stipulation and Order filed November 13, 2020, the parties stipulated to extend to January 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16.     By Stipulation and Order filed January 12, 2021, the parties stipulated to extend to February 11, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17.     By Stipulation and Order filed February 10, 2021, the parties stipulated to extend to

3

March 11, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18.     By Stipulation and Order filed March 11, 2021, the parties stipulated to extend to  April 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19.     By Stipulation and Order filed April 13, 2021, the parties stipulated to extend to May 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 11, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

21.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 11, 2021.

Dated:    5/11/2021           PHILLIP A. TALBERT
                              Acting United States Attorney


                               /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


Dated:    5/11/2021            /s/ Carlos K. Johnson
                              CARLOS K. JOHNSON
                              Attorney for Juan Bennito Graham
                              (Authorized via phone)

///

///

IT IS SO ORDERED.

Dated: May 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE